AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _____ Delaware _____

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) | **SEARCH WARRANT** |

3607 Kirkwood Highway, Wilmington, DE
19808

CASE NUMBER: *Mc 08-152*

REDACTED

TO: Special Agent Kimberly Mullings _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___ Special Agent Kimberly Mullings _____ who has reason to

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
3607 Kirkwood Highway, Wilmington, DE 19808, and further described in Attachment A.

in the _____ District of ___ Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)
See Exhibit 2 incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___ *8/22/08* ___
                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — **6:00 A.M. to 10:00 P.M.**) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___ Hon. Mary Pat Thynge ___
required by law.                                                                    U.S. Judge or Magistrate

FILED
SEP 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

August 12, 2008
Date and time issued

at ___ Wilmington, Delaware ___
City and State

Hon. Mary Pat Thynge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED *08/12/08* | DATE AND TIME WARRANT EXECUTED *08/13/08  0900 Hrs.* | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH *MANAGER Tracie Todd* |

INVENTORY MADE IN THE PRESENCE OF
*BRIAN JONES*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

NAME        DOB

Araceli Tlatenchi    /74
Eduwiges Castro-Smith    /71
Guadelupe Flores    /82

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    *8/18/08*
U.S. Judge or Magistrate    Date